UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES EGGLESTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:18-cv-00013-CDP |
| vs. | ) |
| | ) |
| BON APPETIT MANAGEMENT CO, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL**

COMES NOW Plaintiff James Eggleston by and through counsel and Defendants Bon Appetit Management Co., Katherine Jones and Catherine Martin by and through counsel and herewith stipulate to the dismissal of Plaintiff's Complaint herein with prejudice.  Each party shall bear their own costs and attorney's fees.

Respectfully submitted,

**REINERT WEISHAAR & ASSOCIATES, P.C.**        **SEYFARTH SHAW, LLP**

/s/Aaron G. Weishaar                                                        /s/ Noah A. Finkel
Aaron G. Weishaar, #49313MO                                     Noah A. Finkel
812 North Collins, Laclede's Landing                           233 S. Wacker Drive, Suite 8000
St. Louis, MO 63102-2112                                             Chicago, IL 60606-6448
314-621-5743                                                                   312-460-5000
aweishaar@rwalawfirm.com                                        nfinkel@seyfarth.com

Attorneys for Plaintiff                                                     Attorneys for Defendants

1

**SO ORDERED this _____ day of _____, 2019**

                                                                              CATHERINE D. PERRY
                                                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the foregoing was served using the court's electronic filing system this 12th day of July, 2019 to all attorneys of record.

                                                                  */s/Aaron G. Weishaar*